**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1640

DEBBIE PAFFORD,

Plaintiff - Appellant,

versus

JO ANNE B. BARNHART, Commissioner of Social
Security,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  James P. Jones, District Judge.  (CA-02-186-2)

Submitted:  December 29, 2004       Decided:  February 16, 2005

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Vernon M. Williams, Norton, Virginia, for Appellant.  Donna L. Calvert, Margaret M. Maguire, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania, John L. Brownlee, United States Attorney, Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Debbie Pafford appeals the district court's order affirming the Commissioner's denial of disability insurance benefits and supplemental security income. We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C. § 405(g) (2000); Craig v. Chater, 76 F.3d 585, 589 (4th Cir. 1996). We have thoroughly reviewed the administrative record and the briefs and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Pafford v. Barnhart, No. CA-02-186-2 (W.D. Va. Mar. 19, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED